BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00007-MCE-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $104,340.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Brian Keith Hall ("claimant"), by and through their respective counsel, as follows:

1.       On or about October 21, 2013, claimant Brian Keith Hall filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $104,340.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about July 22, 2013.

2.       The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

1

1    forfeiture proceeding.

2            3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

3    forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

4    currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

5    forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

6    parties.  That deadline is January 17, 2014.

7            4.      By Stipulation and Order filed January 24, 2014, the parties stipulated to extend to April

8    17, 2014, the time in which the United States is required to file a civil complaint for forfeiture against

9    the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

10   forfeiture.

11           5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June

12   16, 2014, the time in which the United States is required to file a civil complaint for forfeiture against

13   the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

14   forfeiture.

15           6.      Accordingly, the parties agree that the deadline by which the United States shall be

16   required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

17   alleging that the defendant currency is subject to forfeiture shall be extended to June 16, 2014.

18   Dated:  4/14/14                                    BENJAMIN B. WAGNER
                                                        United States Attorney
19

20

21                                              By:     /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
22                                                      Assistant U.S. Attorney

23   ///
     ///
     ///
24   ///
     ///
25   ///
     ///
26   ///
     ///
27   ///
     ///
28

                                                                Stipulation and Order to Extend Time

Dated:  4/14/14                            /s/ Angie Palmerin
                                          ANGIE PALMERIN
                                          Attorney for claimant Brian Keith Hall

                                          (Authorized by phone)

**ORDER**

     **IT IS SO ORDERED**.

Dated:  April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time